OPINION — AG — ** CAMPAIGN FUNDS — EXPENDITURES — LAPSE TIME PERIOD ** THE PROVISIONS OF 26 O.S. 15-108.1 [26-15-108.1](A) IMPOSE A FORTY-EIGHT(48) MONTH LIMITATION WITHIN WHICH THE CANDIDATE MUST SELECT, FROM AMONG THOSE LIMITED OPTIONS PROVIDED BY STATUTE, THE USE TO WHICH EXCESS CAMPAIGN CONTRIBUTIONS WILL BE PUT AND THAT THOSE OPTIONS MAY BE EXERCISED AT ANY TIME WITHIN THAT FORTY-EIGHT(48) MONTH PERIOD. (EXCESS CONTRIBUTIONS, DISPOSITIONS, CAMPAIGN FUNDS, CANDIDATES, EXPENDITURES) CITE: 26 O.S. 15-108.1 [26-15-108.1](A), 26 O.S. 15-107 [26-15-107](A)(4) (NED BASTOW) (ELECTIONS)